**IT IS SO ORDERED.**

**SIGNED THIS: August 8, 2019**

_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| IN THE MATTER OF:<br><br>**Robert D Breeden and<br>Robin R Breeden**<br>     Debtors. | **BK No. 18-70892**<br><br>**Chapter 13** |

### ORDER APPROVING LOAN MODIFICATION AGREEMENT

The Creditor, Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3, having moved before this Court for an order approving a loan modification agreement and modifying the first mortgage held by



Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3 against the Debtor's residence; and no objections having been filed; and it appearing that said loan modification is proper and in the best interest of the debtor and the estate, it is hereby

**ORDERED**, that the motion is granted and that the Debtor is authorized to enter into the loan modification agreement annexed to the motion [ECF No. 38].

###

